IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR MANZANARES,

    Plaintiff,

vs.

ISRAEL CRUZ, et al.,

    Defendants.

_____/

1: 07 CV 1822 AWI WMW PC

ORDER RE: FINDINGS & RECOMMENDATIONS (#14)

    Plaintiff is a former state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 12, 2009, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days. On January 23, 2009, Plaintiff filed a motion titled as a motion to reopen. On February 19, 2009, an order was entered, advising Plaintiff that the original complaint was dismissed, and the recommendation of dismissal was entered based on Plaintiff's failure to file an amended complaint that alleged facts sufficient to state a claim for relief. Plaintiff was granted leave to file an amended complaint. Plaintiff was also specifically cautioned that his failure to do so would result in the submission of the January

1

12, 2009, recommendation of dismissal to the District Court. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 12, 2009, are adopted in full; and
2. This action is dismissed for failure to state a claim upon which relief can be granted. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated: April 16, 2009**　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE